UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Javarrae Kyshek Rook** **Docket No. 2:19-CR-13-1FL**

**Petition for Action on Supervised Release**

COMES NOW Courtney L. Thomas, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Javarrae Kyshek Rook, who, upon an earlier plea of guilty to Count 1-Hobbs Act Robbery and Aiding and Abetting, in violation of 18 U.S.C. § 1951(a) and 18 U.S.C. § 2, and Count 3-Hobbs Act Robbery and Aiding and Abetting, in violation of 18 U.S.C. § 1951(a) and 18 U.S.C. § 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 19, 2020, to the custody of the Bureau of Prisons for a term of 115 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Javarrae Kyshek Rook was released from custody on April 10, 2026, at which time the term of supervised release commenced.

On July 18, 2022, an Amended Judgment in a Criminal Case filed with the court due to a correction of sentence for clerical mistake. The term of imprisonment was amended from 115 months to a term of 108 months of imprisonment in the Federal Bureau of Prisons.

On May 1, 2026, a Petition for Action was approved by the court addressing *U.S. v McLaurin*.

On August 5, 2026, a Motion for Revocation was filed with the court requesting a hearing.

On August 20, 2026, an Amended Motion for Revocation was filed with the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently being courtesy supervised in the Middle District of North Carolina. The defendant expressed to his officer that he is having a mental hardship, and he believes he would benefit significantly from mental health treatment. It is respectfully recommended that the defendant's conditions of supervision be modified to include mental health treatment so the defendant can benefit from the resources available to him and address any underlying triggers. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Courtney L. Thomas
Courtney L. Thomas
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2554
Executed On: September 10, 2026

**ORDER OF THE COURT**

Considered and ordered this 23rd day of September, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge